**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Darrell Lemane WILSON,
Defendant–Appellant.**

**No. 14–6033.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 13, 2014.

Decided: May 28, 2014.

Darrell Lemane Wilson, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before KEENAN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell Lemane Wilson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. We have repeatedly rejected claims similar to those advanced by Wilson that the sentencing disparity between powder cocaine and crack cocaine violates the Equal Protection Clause. *See, e.g., United States v. Bullard,* 645 F.3d 237, 245–46 (4th Cir.2011). The Supreme Court's holding in *Dorsey v.*

*United States,* —— U.S. ——, 132 S.Ct. 2321, 183 L.Ed.2d 250 (2012), does not alter our analysis of Wilson's claim. *See United States v. Black,* 737 F.3d 280, 287 (4th Cir.2013), *cert. denied,* —— U.S. ——, 134 S.Ct. 1902, 188 L.Ed.2d 932 (2014) (No. 13–9100). Accordingly, we affirm for the reasons stated by the district court. *United States v. Wilson,* No. 4:08–cr–00041–JLK–1 (W.D.Va. Dec. 5, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

*AFFIRMED*